```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY,#214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    MICHAEL ALLAN FRASER
 7

 8

 9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    ) Mag. 08-070-EFB
                                 )
14             Plaintiff,        )
                                 ) STIPULATION AND ORDER
15      v.                       )
                                 )
16  MICHAEL ALLAN FRASER,        ) Judge: Hon. Edmund F. Brennan
                                 )
17             Defendant.        )
                                 )
18  _____ )

19

20      The United States of America, through S. ROBERT TICE-RASKIN,

21  Assistant United States Attorney, together with defendant, MICHAEL ALLAN

22  FRASER, by and through his counsel BENJAMIN D. GALLOWAY, of the Federal

23  Defenders Office, hereby stipulate and agree that the defendant, Michael

24  Allan

25  / / /

26  / / /

27  / / /

28  / / /
```

Fraser will serve his community service at the Rescue Mission in Oroville, California.

Dated: June 12, 2008                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/  Benjamin D. Galloway
                                        _____
                                        BENJAMIN D. GALLOWAY
                                        Staff Attorney
                                        Attorneys for Defendant
                                        KARL KERSTER


Dated: June 12, 2008                    McGREGOR W. SCOTT
                                        United States Attorney

                                        S. Robert Tice-Raskin
                                        _____
                                        S. ROBERT TICE-RASKIN
                                        Assistant U.S. Attorney


**O R D E R**

IT IS SO ORDERED.

Dated:  June 13, 2008.
                                        /s/ Edmund F. Brennan
                                        _____
                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE