LAWRENCE G. BROWN
Acting United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
NATHANIEL CLARK
Certified Law Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2807

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | MAG. NO. 08-070-EFB |
|---|---|---|
| Plaintiff, | ) ) | SUPERSEDING PROBATION REVOCATION PETITION |
| v. | ) ) | and ORDER |
| MICHAEL ALLAN FRASER, | ) | DATE: July 13, 2009 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Edmund F. Brennan |
| | ) ) | |

On May 6, 2008, the defendant, MICHAEL ALLAN FRASER, pled guilty to an information charging him with False Claims about Receipt of Military Decorations or Medals, in violation of Title 18, United States Code, Section 704(b). On that same day, MICHAEL ALLAN FRASER was given the following sentence by United States Magistrate Judge Edmund F. Brennan:

The defendant was placed on one year term of court probation subject to certain conditions. Among the conditions the Court ordered the defendant to complete are the following:

1. The defendant shall serve a term of 100 hours of community service to be completed within the first year of probation.

1

2. The defendant shall not commit another federal, state, or local crime.

At judgment and sentencing, the defendant requested to complete his community service at the Veterans of Foreign Wars Hall. The United States objected to this location, and the Court rejected the defendant's request. On June 13, 2008, the Court ordered the defendant to serve his community service at the Rescue Mission in Oroville, California.

The United States alleges that the defendant has violated these conditions as follows:

1. The defendant has failed to complete the 100 hours of community service at the Rescue Mission in Oroville, California.
2. The defendant has failed to complete the 100 hours of community service at any location.
3. By submitting a fraudulent letter to the United States Attorney's Office and thereby representing completion of the 100 hours of community service, the defendant violated the following federal laws:
    (a) Title 18, United States Code, Section 1001(a), a felony, by submitting, and causing the submission of a false, fictitious, and fraudulent statement;
    (b) Title 18, United States Code, Section 1512(b)(1), a felony, by corruptly persuading another person, and attempting to do so, and engaging in misleading conduct towards another person, with the intent to influence, delay, and prevent the testimony of any person in an official proceeding;

1　　　　　　　　　(c) Title 18, United States Code, Section
2　　　　　　　　　1512(b)(2)(C), a felony, by corruptly persuading
3　　　　　　　　　another person, and attempting to do so, and engaging
4　　　　　　　　　in misleading conduct towards another person, with the
5　　　　　　　　　intent to cause and induce any person to produce a
6　　　　　　　　　record, document, or other object, in an official
7　　　　　　　　　proceeding;
8　　　　　　　　　(d) Title 18, United States Code, Section 1512(c)(2),
9　　　　　　　　　a felony, by corruptly obstructing, influencing, and
10　　　　　　　　impeding any official proceeding, and attempting to do
11　　　　　　　　so.
12　　　All in violation of the condition that the defendant not commit
13　any federal, state, or local crimes.
14　　　4.　By submitting a fraudulent letter to the Court during the
15　　　　　　probation revocation hearing held on June 8, 2009, and
16　　　　　　thereby representing completion of the 100 hours of
17　　　　　　community service, the defendant violated the following
18　　　　　　federal laws:
19　　　　　　　　　(a) Title 18, United States Code, Section 1512(b)(1),
20　　　　　　　　　a felony, by corruptly persuading another person, and
21　　　　　　　　　attempting to do so, and engaging in misleading
22　　　　　　　　　conduct towards another person, with the intent to
23　　　　　　　　　influence, delay, and prevent the testimony of any
24　　　　　　　　　person in an official proceeding;
25　///
26　///
27　///
28　///

        (b) Title 18, United States Code, Section 1512(b)(2)(C), a felony, by corruptly persuading another person, and attempting to do so, and engaging in misleading conduct towards another person, with the intent to cause and induce any person to produce a record, document, or other object, in an official proceeding;

        (c) Title 18, United States Code, Section 1512(c)(2), a felony, by corruptly obstructing, influencing, and impeding any official proceeding, and attempting to do so.

All in violation of the condition that the defendant not commit any federal, state, or local crimes.

The United States therefore petitions the Court to order the defendant to show cause why the probation granted on May 6, 2008, should not be revoked.

All of the above has been related to me by Nathaniel Clark.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: June 24, 2009                    Respectfully submitted,

                                              LAWRENCE G. BROWN
                                              Acting United States Attorney

                                    By:   /s/ Matthew C. Stegman
                                              MATTHEW C. STEGMAN
                                              Assistant U.S. Attorney

///

///

///

///

4

```
 1                                   ORDER
 2        It is Hereby Ordered that the defendant appear on July 13, 2009,
 3   at 10:00 a.m., to show cause why the probation granted on
 4   May 6, 2008, should not be revoked.
 5   IT IS SO ORDERED.
 6   Dated: June 25, 2009
 7                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE
```