```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  NATHANIEL CLARK
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California  95814
 5  Telephone: (916) 554-2807
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | MJ. No. 08-070-EFB |
|---|---|---|
| Plaintiff, | ) | Stipulation to Continue Trial Confirmation Hearing and Order |
| v. | ) | Date: September 21, 2009 |
| MICHAEL ALLAN FRASER, | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Edmund F. Brennan |

It is hereby stipulated and agreed between the United States and the defendant, MICHAEL ALLAN FRASER, to continue the Evidentiary Hearing from August 31, 2009, at 10:00 a.m. to September 21, 2009.

The Government requests this continuance to secure more information about the defendant's potentially serious medical condition.

///
///
///
///
///

1

1       All of the above was related to me by Nathaniel Clark.

2  DATED: August 27, 2009              LAWRENCE G. BROWN
                                       United States Attorney
3

4                                By:   /s/Matthew C. Stegman
                                       MATTHEW C. STEGMAN
5                                      Assistant U.S. Attorney

6

7  DATED: August 27, 2009        By:   /s/Lauren Day Cusick
                                       LAUREN DAY CUSICK
8                                      Assistant Federal Defender,
                                       Counsel for the Defendant
9

10

11                         O R D E R

12 IT IS SO ORDERED:

13 DATED: August 27, 2009        _____
                                 EDMUND F. BRENNAN
14                               UNITED STATES MAGISTRATE JUDGE

2