```
1  LAWRENCE C. BROWN
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  NATHANIEL CLARK
   Certified Law Clerk
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2807
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag. No. 08-070 EFB |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS |
| | ) | SUPERSEDING PROBATION |
| v. | ) | REVOCATION PETITION and ORDER |
| MICHAEL ALLEN FRASER, | ) | DATE: October 27, 2009 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Edmund F. Brennan |

On May 4, 2009, the government filed a Probation Revocation Petition and on June 24, 2009, filed a Superseding Probation Revocation Petition against the above-named defendant. Plaintiff United States of America, by and through its undersigned attorneys, hereby moves this Honorable Court for an order dismissing the Probation Revocation Petition without prejudice.

///
///
///
///
///
///

1  The defendant has provided information that he has terminal
2 cancer and the government is dismissing for compassionate
3 reasons.
4 Dated: October 27, 2009.

                                  LAWRENCE G. BROWN
                                  United States Attorney

                                  signature on original
                        By:  _____
                                  MATTHEW C. STEGMAN
                                  Assistant U.S. Attorney

                          O R D E R

Upon motion of the United States, the Superseding Probation Revocation Petition is hereby DISMISSED WITHOUT PREJUDICE.

    IT IS SO ORDERED.

DATED: October 27, 2009

                                  _____
                                  HON. EDMUND F. BRENNAN
                                  United States Magistrate Judge